AO 91 (Rev 8/01) Criminal Complaint

Case 7:14-mj-02326   Document 1   Filed in TXSD on 12/10/14   Page 1 of 5

United States District Court
Southern District of Texas
FILED

DEC 10 2014

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Doenits Fernando Fajardo-Molina**    *Principal*
**A202 085 280    YOB: 1986**    Honduras
**Pablo Antonio Medina-Espinoza**    *CO-PRINCIPAL*
**A205 378 322    YOB: 1995**    Mexico
**Mayra Jackeline Mejia-Romero**    *CO-PRINCIPAL*
**A088 793 665    YOB: 1984**    Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:
**M-14-2326-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 8, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jesus Alejandro Cruz-Arana, citizen and national of the United Mexican States and Blanca Isabel Martinez-Escobar citizen and national of El Salvador, along with eleven (11) other undocumented aliens, for a total of thirteen (13), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On December 7, 2014, the RGV FIST Team received information regarding an alien harboring location located at 4934 Doolittle Road in Edinburg, Texas.

On December 8, 2014, Agents H. J. Garcia and H. Quintanilla proceeded to the location to conduct surveillance. During the course of the surveillance, agents observed a white Dodge Caravan arrive to the location and observed a male subject exit the passenger side and open the gate to the property. The vehicle then drove into the property and reversed near the front door. Agent Garcia then observed a male subject exit the driver side, which was later identified as Doenits Fernando FAJARDO-Molina, and guide two male subjects into the home. FAJARDO then exited the house and opened the hood of the vehicle and stood in front of it for several minutes. Subject then closed the hood and sat on the driver side vehicle for approximately an hour.

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

*approved by AUSA [signature]*

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

Frediberto Hernandez    Senior Patrol Agent
Printed Name of Complainant

December 10, 2014                9:01 am    at    McAllen, Texas
Date                                                                        City and State

Peter E. Ormsby    , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-2326-M

| RE: | | |
|---|---|---|
| | Doenits Fernando Fajardo-Molina | A202 085 280 |
| | Pablo Antonio Medina-Espinoza | A205 378 322 |
| | Mayra Jackeline Mejia-Romero | A088 793 665 |

**CONTINUATION:**
At approximately 1:37 p.m., Agent Garcia observed a black Chevrolet Malibu bearing Mexican license plates arrive to the property. A subject later identified as Pablo Antonio MEDINA-Espinosa, exited the passenger side of the vehicle and opened the gate. The vehicle then drove into the property and MEDINA opened the passenger door and escorted a female, later identified as R.M.B.A., into the home.

Moments later, MEDINA exited the home and made contact with FAJARDO, who was outside. MEDINA then entered the passenger side of the Chevrolet Malibu and left the property. The driver of the vehicle never exited the car.

At this time, Agents requested assistance from the Hidalgo County Constable Office. Deputy M. Anzaldua initiated a traffic stop on the Chevrolet Malibu south of the intersection of Sharp Road and Monte Cristo Road in Edinburg, Texas for a Broken Tail Lamp. During the traffic stop, Agents arrived and made contact with the driver, Mayra Jackelin MEJIA-Romero, and passenger Pablo Antonio MEDINA-Espinosa. Both subjects were determined to be undocumented aliens illegally present in the United States.

During a field interview, MEJIA stated that she knew she had transported a female undocumented alien (UDA) to a house. MEDINA stated that he had previously been to the home twice and that he had also transported a female UDA. He also claims to have spoken with FAJARDO, momentarily before entering the vehicle and leaving the property.

Agents observed the white Dodge Caravan leave the harboring location and followed the vehicle to a convenience store. HCCO Deputy M. Anzaldua conducted a consensual encounter of subject FAJARDO and female R.M.B.A. Agents made contact with both subjects and determined that they were undocumented aliens illegally present in the United States.

During field interview, FAJARDO stated that he was harboring approximately 15 UDA'S at the home and that the subject driving the black Chevrolet had transported female subject R.M.B.A to the home.
At approximately 3:30 p.m., Agents along with the Constables Office conducted a consent to search for undocumented aliens at the home located at 4934 Doolittle Road in Edinburg, Texas. Agents found 12 undocumented aliens inside the home. All subjects were transported to the Weslaco Border Patrol Station.

**PRINCIPALS:**
All principals were read their Miranda Rights and understood all rights and voluntarily stated and gave a sworn statement without the presence of a lawyer.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

### M-14-2326-M

RE:     Doenits Fernando Fajardo-Molina     A202 085 280
           Pablo Antonio Medina-Espinoza      A205 378 322
           Mayra Jackeline Mejia-Romero      A088 793 665

**CONTINUATION:**
1- Doenits Fernando FAJARDO-Molina stated he is a citizen and national of Honduras. FAJARDO stated that he was taken to the stash house where he was arrested. FAJARDO stated that he works for a man called "El Sinaloa" and also stated that he has worked for "El Sinaloa" for three weeks. FAJARDO claims that "El Sinaloa" promise him a free trip to Houston. FAJARDO states to have cared for people at the stash house, bring food to the people and open the main gate every time undocumented aliens were dropped off and picked-up. FAJARDO stated that he would cook for the people at the stash house and feed aliens twice a day. FAJARDO stated he was taking care of the female named R.M.B.A. for approximately four days and during that time he befriended her and had consensual sex on two occasions.

2-Pablo Antonio MEDINA-Espinoza is a citizen and national of Mexico and has lived illegally in the United States for 6 years. Medina states to have lived off and on with Mayra MEJIA-Romero. MEDINA claims to have met Doenits Fernando FAJARDO-Molina prior to December 8, 2014. MEDINA claims that FAJARDO is a care taker of a stash house and told him he had a good looking girl at the stash house. FAJARDO told him that he could take R.M.B.A. from the stash house for a pack of cigarettes for the purpose of having sex. MEDINA claims to have taken R.M.B.A. from the stash house and stayed with her for two days in which the subject claims he did not have sex with R.M.B.A. MEDINA claims that after two days of being with her, R.M.B.A. wanted to go back to the stash house because she wanted to go to Virginia. On December 8, 2014, subject asked MEJIA-Romero to take R.M.B.A. back to the stash house. Both MEJIA and MEDINA drove R.M.B.A. back to the stash house where she was dropped off.

3-Mayra Jeckeline MEJIA-Romero claims to have transported a female undocumented alien on December 8, 2014, to a house located on Doolittle Rd. and Davis Rd. in Edinburg, Texas. MEJIA claims she met the female at her boyfriend's house in which she had spent the night the day before. She claims that the female had also spent the night at her boyfriend's house with her boyfriend's son in his room. She claims the female subject asked her to give her a ride to an unknown house on Doolittle Road in Edinburg, Texas and stated she was not going to get paid for giving her a ride. MEJIA claims she then left that location to go back home in San Carlos, but was stopped by Hidalgo County Constables.

**MATERIAL WITNESS:**
Once at the Border Patrol Station, both Material Witnesses were read their Miranda Rights and understood all rights and voluntarily stated they would give a sworn statement without the presence of a lawyer.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-2326-M

| | | |
|---|---|---|
| RE: | Doenits Fernando Fajardo-Molina | A202 085 280 |
| | Pablo Antonio Medina-Espinoza | A205 378 322 |
| | Mayra Jackeline Mejia-Romero | A088 793 665 |

**CONTINUATION:**
1-Jesus Alejandro CRUZ-Arana stated that he is a citizen and national of Mexico. Cruz claims to have been charged 3,000 USD for his smuggling arrangements and that his final destination was Houston Texas. On December 7, 2014, he was smuggled into the United States by rafting across the Rio Grande River. Subject further stated the crossed the river with 6 other people. Subject stated that he was left alone because his group panicked and returned back to Mexico. He claims to have continued alone to the pick-up spot, and was picked up by a man in a van who transported him alone to the stash house he was arrested at today.

Once arriving at the stash house, he was met by a man later identified in a photo lineup as Deonits Fernando FAJARDO-Romero. FAJARDO opened the door to the stash house and instructed him to enter a room and not make noise. CRUZ claims that the house had 10 other people in it upon his arrival. He states that FAJARDO was the man who gave orders in the house and who fed the people in there. He states that during his stay at the house a separate man entered the stash house with a single female and escorted her to the back room at the house. He claims that the man told the people at the house not to bother the female that he escorted in and then the man left the stash house. He was able to identify the man in photo line-up as Pablo Antonio Medina-Espinoza.

2-Blanca Isabel Martinez-Escobar stated that she is a citizen and national of El Salvador. Martinez claims to have been charge $7000 total by a smuggler in El Salvador. She claimed to have already paid half that amount and would pay the rest once she arrived at her final destination. December 4, 2014 she was smuggled into the United States by rafting across the Rio Grande River. She claims she does not know how many people crossed with her because she was scared. She stated they then walked for approximately two hours through open fields until being picked up by a van. The van drove to an orange grove and the subjects were then transferred to another vehicle. The vehicle then transported her to the stash house where she was arrested.

Once arriving at the stash house, she was greeted by the caretaker identified in a photo lineup as Deonitis Fernando FAJARDO-Romero. FAJARDO told them to come in and took them to a room where they would be staying. The next morning he told everyone they could eat and cook if they wanted. He also instructed them to be quiet and not to go outside.

Additional Information.
R.M.B.A. stated that she is a citizen and national of El Salvador. R.M.B.A. claims to have been charged $7,000 USD for here smuggling arrangements and that her final destination was the State of Virginia. She claims that she was smuggled with a group of sixteen (16). After reaching a pick-up location in the brush, R.M.B.A. was transferred along with the group to a black truck and taken to the stash house where she was held at for a total of four days. R.M.B.A. was at the house a total of four days, through her stay she was able to positively identify the caretaker.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-2326-M

| | | |
|---|---|---|
| **RE:** | Doenits Fernando Fajardo-Molina | A202 085 280 |
| | Pablo Antonio Medina-Espinoza | A205 378 322 |
| | Mayra Jackeline Mejia-Romero | A088 793 665 |

**CONTINUATION:**
R.M.B.A. was shown a Department of Homeland Security Lineup and was able to identify number four (4), Doenits Fernando FAJARDO-Molina, as the subject that was the primary care taker of the stash house.

R.M.B.A. also identified Pablo Antonio MEDINA-Romero in a photo lineup as the person in charge of moving the UDAs up north. MEDINA told her that he would move the aliens normally in the evening hours. R.M.B.A. also identified Mayra Jackeline MEJIA-Romero in a photo lineup as the person who dropped her off at the stash house with Pablo Antonio MEDINA-Romero. R.M.B.A. further stated that MEDINA and MEJIA knew that she was an undocumented alien.
R.M.B.A. provided a statement of a rape incident that occurred while she was at the stash house by Doenits Fernando FAJARDO-Molina. R.M.B.A. identified and provided details of the incident. Hidalgo County SO interviewed and completed a report.